IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

VINCENT PAPA, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

AMERICAN AUTO TRANSPORT, LLC, a Florida Limited Liability Company,

*Defendant*.

18-cv-81458-RLR

CLASS ACTION

**SUMMONS**

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  American Auto Transport, LLC
Registered Agent:
Fernando Roman
1984 SE Grand Dr.
Port St. Lucie, FL 34952

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shamis & Gentile, P.A.
Andrew J. Shamis, Esq.
14 NE 1st Ave, STE 1205
Miami, FL 33132
305-479-2299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 26, 2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Janier Arellano*
Deputy Clerk
U.S. District Courts