# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 18-CV-81458-RLR

Plaintiff:
**VINCENT PAPA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant:
**AMERICAN AUTO TRANSPORT, LLC, A FLORIDA LIMITED LIABILITY COMPANY**

For:
Andrew J. Shamis, Esq.
Shamis & Gentile, P.A.
14 NE 1ST Avenue, Suite 400
Miami, FL 33132

Received by Global Process Services Corp on the 13th day of November, 2018 at 1:36 pm to be served on **AMERICAN AUTO TRANSPORT, LLC, REGISTERED AGENT: FERNANDO ROMAN, 253 NE 2ND STREET, APT. 3805, MIAMI, FL 33132.**

I, German Garcia, do hereby affirm that on the **13th day of November, 2018** at **8:50 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action and Class Action Complaint** with the date and hour of service endorsed thereon by me, to: **FERNANDO ROMAN** at the address of: **253 NE 2ND STREET, APT. 3805, MIAMI, FL 33132**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35+, Sex: M, Race/Skin Color: Hispanic, Height: 5'9", Weight: 230, Hair: Bald, Glasses: N

I certify that I am over the age of eighteen, and that I have no interest in the above action. Per F.S.92.525(2) Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated in it are true.

German Garcia
CPS# 1658

**Global Process Services Corp**
P.O. Box 961556
Miami, FL 33296
(786) 287-0606

Our Job Serial Number: GER-2018002471
Ref: 2227

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.1e

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

VINCENT PAPA, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

AMERICAN AUTO TRANSPORT, LLC, a Florida Limited Liability Company,

*Defendant.*

18-cv-81458-RLR

**CLASS ACTION**

**SUMMONS**

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  American Auto Transport, LLC
Registered Agent:
Fernando Roman
~~1984 SE Grand Dr.~~
~~Port St. Lucie, FL 34952~~

253 NE 2nd St. Apt. 3805
Miami, FL 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shamis & Gentile, P.A.
Andrew J. Shamis, Esq.
14 NE 1st Ave, STE 1205
Miami, FL 33132
305-479-2299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 26, 2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Janier Arellano
Deputy Clerk
U.S. District Courts