UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:18-CV-81458-ROSENBERG/REINHART

VINCENT PAPA, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

AMERICAN AUTO TRANSPORT, LLC, *a Florida Limited Liability Company*,

    Defendant.

_____/

### ORDER ON DEFAULT PROCEDURE

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. Plaintiff served a copy of the Complaint on Defendant on November 13, 2018. *See* DE 7. To date, Defendant has failed to answer or otherwise respond. Accordingly, it is:

**ORDERED AND ADJUDGED** that Plaintiff shall submit a *Motion for Entry of Clerk's Default* as to Defendant no later than December 14, 2018. Plaintiff's failure to file the *Motion for Entry of Clerk's Default* within the specified time may result in a **dismissal** without prejudice and without further notice as to Defendant.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 6th day of December, 2018.

Copies furnished to:
Counsel of record

                          ROBIN L. ROSENBERG
                          UNITED STATES DISTRICT JUDGE