**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 9:18-CV-81458-ROSENBERG/REINHART

VINCENT PAPA,
individually and on behalf of all others
similarly situated,

**CLASS ACTION**

**JURY TRIAL DEMANDED**

*Plaintiff*,

v.

AMERICAN AUTO TRANSPORT, LLC a
Florida limited liability company,

*Defendant*.

_____/

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Vincent Papa, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do

hereby dismisses this this action as follows:

1.      All claims of the Plaintiff, Vincent Papa, individually, are hereby dismissed without

prejudice.

2.      All claims of any unnamed member of the alleged class are hereby dismissed without

prejudice.

Date: December 10, 2018

Respectfully Submitted,

| **SHAMIS & GENTILE, P.A.** | **EDELSBERG LAW, P.A.** |
|---|---|
| /s/ Andrew J. Shamis<br><br>Andrew J. Shamis, Esq.<br>Florida Bar No. 101754<br>14 NE 1st Ave.<br>Suite 1205<br><br>Miami, Florida 33132<br>ashamis@shamisgentile.com<br>Telephone: 305.479.2299<br><br>Counsel for Plaintiff and the Class | Scott A. Edelsberg, Esq.<br>Florida Bar No. 100537<br>19495 Biscayne Blvd.<br># 607<br>Aventura, FL 33180<br>Scott@edelsberglaw.com<br>Telephone: 305-975-3320<br><br>Counsel for Plaintiff and the Class |
| **HIRALDO P.A.**<br>Manuel S. Hiraldo, Esq.<br>Florida Bar No. 030380<br>mhiraldo@hiraldolaw.com<br>401 E. Las Olas Boulevard<br>Suite 1400<br>Fort Lauderdale, Florida 33301<br>Telephone: 954.400.4713<br><br>Counsel for Plaintiff and the Class | |

### CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 1205
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@sflinjuryattorneys.com

By:       /S/Andrew J. Shamis____
          ANDREW J. SHAMIS, ESQ
          Florida Bar # 101754

          *Attorneys for Plaintiff Vincent Papa and all others similarly situated.*