UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:18-cv-81458-ROSENBERG/REINHART

VINCENT PAPA, *individually an on behalf of all others similarly situated*,

   Plaintiff,

v.

AMERICAN AUTO TRANSPORT, LLC, *a Florida Limited Liability Company*,

   Defendant.
_____/

## ORDER CLOSING CASE

This cause is before the Court on Plaintiff's Notice of Dismissal Without Prejudice at docket entry 9. In light of the fact that this case has been dismissed, it is **ORDERED AND ADJUDGED**:

1. All pending motions are **DENIED AS MOOT**, all hearings are **CANCELLED,** and all deadlines are **TERMINATED**.

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 10th day of December, 2018.

                                                ROBIN L. ROSENBERG
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record